**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

LESLIE WEBB                                            :
                                                      :
              Plaintiff,                              :
                                                      :
v.                                                    :       CASE NO. 4:10-CV-134 CDL-MSH
                                                      :
ALEX HADEN and GEORGIA                                :
DEPARTMENT OF CORRECTIONS         :
                                                      :
              Defendants.                             :
_____

## RECOMMENDATION OF DISMISSAL

On December 8, 2010, Plaintiff filed a civil action against Alex Haden and the

Georgia Department of Corrections. (Doc. 1.) Plaintiff, however, failed to submit a motion

to proceed *in forma pauperis* ("IFP") in this action, or pay the filing fee in full.

Consequently, on December 10, 2010, the Court ordered Plaintiff to pay the filing fee or

move to proceed IFP within fourteen days. (Order 1, ECF No. 3.) Plaintiff was warned in

that Order that failure to comply by paying the filing fee or filing a motion to proceed IFP

could result in dismissal of his action. (Order 1.) Petitioner has not complied with the

Court's Order and, as of today, has neglected to pay the $350 filing fee as required by 28

U.S.C. § 1914(a).

WHEREFORE it is recommended that Plaintiff's action be **DISMISSED** for failure

to pay the filing fee and comply with the Court's December 10 Order. Pursuant to 28 U.S.C.

§ 636(b)(1), the Petitioner may serve and file written objections to this recommendation with

the UNITED STATES DISTRICT JUDGE within fourteen (14) days after being served a copy of

this recommendation.

      **SO RECOMMENDED,** this 4th day of January, 2011.

S/Stephen Hyles          
UNITED STATES MAGISTRATE JUDGE
